

BOSTON   CONNECTICUT   FLORIDA   NEW JERSEY   NEW YORK   PROVIDENCE   WASHINGTON, DC

**SARAH KRISSOFF**
Attorney at Law

605 Third Avenue, 31st Floor
New York, NY 10158-1803
T: (212) 297-2413 F: (212) 881-9891
skrissoff@daypitney.com

July 15, 2022

<u>Via ECF</u>

The Honorable Denise L. Cote
United States District Judge
Southern District of New York

**MEMO ENDORSED**

Re:   <u>United States v. Christopher Margait, 22 Cr. 312 (DLC)</u>

Dear Judge Cote:

I am writing in connection with defendant Christopher Margait. Mr. Margait surrendered to law enforcement authorities on June 2, 2022, and waived indictment and pleaded guilty to a 1-count felony information before you on the same day. Your Honor set bail conditions at that time to include travel limitations to the Southern District of New York, Eastern District of New York, Southern District of Florida, and Middle District of Florida. Mr. Margait was also directed to continue or seek employment, and advised the Court at the time of his plea that he expected to start a new job in sales for a window and door company. Mr. Margait is also on pre-trial release in the Southern District of Florida in connection with another matter pending before the Honorable Rodney Smith. Accordingly, he continues to be supervised in his home district, the Southern District of Florida, and has been fully complaint with the conditions of his pre-trial release.

In connection with his new employment (which is at the same company where Chris's wife works), the owner of the company has requested that all of the company employees accompany him on a short cruise aboard the Margaritaville at Sea from July 23, 2022 to July 25, 2022. The cruise sails from Florida to the Bahamas and back, and the costs for this travel will be borne by Mr. Margait's employer. Mr. Margait's Pre-trial Services Officer, Mia Rahman, as well as the Assistant United States Attorney in the Southern District of Florida, consented to the travel. On or about July 5, 2022, the Southern District of Florida granted permission for the travel, and permission for Chris to obtain his passport from the West Palm Beach Pretrial Services Officer for the travel (and to return the passport upon his return to the Southern District of Florida). *United States v. Vollaro, et al.*, 21 Cr. 60124 (RS) (Docket Entry #348). Assistant United States Attorney David Lewis also has no objection to the travel.

112332073.1



The Honorable Denise L. Cott
Via ECF
Page 2

      Accordingly, we are respectfully requesting that this Court also authorize the travel.

                                    Respectfully submitted,

                                    Sarah Krissoff

cc:    David Lewis, Assistant United States Attorney (Via E-Mail)
        Mia Rahman, Senior Pre-Trial Services Officer (Via E-Mail)

Application GRANTED

SO ORDERED
July 19, 2022

_____
DENISE COTE
United States District Judge

112332073.1