
# DAY PITNEY LLP

BOSTON   CONNECTICUT   FLORIDA   NEW JERSEY   NEW YORK   PROVIDENCE   WASHINGTON, DC

**SARAH KRISSOFF**
Attorney at Law

605 Third Avenue, 31st Floor
New York, NY 10158-1803
T: (212) 297-2413 F: (212) 881-9891
skrissoff@daypitney.com

March 1, 2023

<u>Via ECF</u>
The Honorable Denise L. Cote
United States District Judge
Southern District of New York

Re: <u>United States v. Christopher Margait, 22 Cr. 312 (DLC)</u>

Dear Judge Cote:

I am writing in connection with the sentencing for defendant Christopher Margait, which is currently scheduled for Thursday, March 16, 2023. Pursuant to a letter from the Government dated December 19, 2022 (Docket Entry 42), and the Court's endorsement of that letter (Docket Entry 43), Mr. Margait's sentencing submission is currently due tomorrow, March 2, 2023, and the Government's sentencing submission is due on March 9, 2023.

With the consent of the Government, I am writing to request that Mr. Margait be allowed to submit his sentencing submission on or before Monday, March 6, 2023, and that the Government be allowed to submit their sentencing submission on or before Monday, March 13, 2023. The additional time is needed to gather additional materials related to the sentencing and finalize Mr. Margait's submission, but will ensure that the Court has an adequate time to review both Mr. Margait's submission and the Government's submission before the scheduled sentencing.

Thank you for your consideration of this matter.

*Granted.*
*Denise Cote*
*3/1/23*

Respectfully submitted,

*Sarah Krissoff*

Sarah Krissoff

cc:   David Lewis, Assistant United States Attorney (Via E-Mail

114288246.1