```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :    22cr312-1(DLC)
                                         :
              -v-                        :    ORDER
                                         :
CHRISTOPHER MARGAIT,                     :
                                         :
                       Defendant.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the defendant's letter of March 2, 2023, it is hereby

ORDERED that the sentencing in this matter is adjourned to May 25, 2023 at 2:00 PM.

IT IS FURTHER ORDERED that the defendant's sentencing submissions shall be due May 12 and the Government's submissions shall be due May 19.

SO ORDERED:

Dated:   New York, New York
         March 3, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge